# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Claire J. Lee, | Civil No. 13-1328 PJS/AJB |
| Plaintiff, | |
| v. | **ORDER ON MOTION** <br> **TO DISMISS** |
| Hennepin County, et al., | |
| Defendants. | |

Claire J. Lee, pro se plaintiff;

Michael B. Miller, Sr. Asst. Hennepin County Attorney, for defendants Hennepin County, et al.

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated November 20, 2013, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendants' motion for dismissal of this action pursuant to Rule 12(b)(6) is **denied** [Docket No. 10].

Dated: 12/11/13

                                                              s/Patrick J. Schiltz
                                                             Patrick J. Schiltz
                                                             United States District Court Judge