# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3856

Claire J. Lee

Appellant

v.

Hennepin County and Hennepin Healthcare System, Inc., doing business as Hennepin County
Medical Center

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:13-cv-01328-PJS)
_____

## MANDATE

In accordance with the opinion and judgment of 03/08/2017, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

June 22, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit